## *ORDER*

PER CURIAM.

AND NOW, this 13th day of January, 2003, the order dated December 17, 2002 in reference to 446 WAL 2002 granting the Petition for Allowance of Appeal is hereby rescinded. The appeal docket No. 81 WAP 2002 is hereby dismissed as Moot.

857 A.2d 671

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant,

### v.

Edward ROCHE, Plenary Guardian of the Person and Estate of Diane Roche, an Incapacitated Person, and in his Own Right and William J. Scharfenberger, Trustee Allegheny Health, Education and Research Foundation and Allegheny University Hospitals, East, Including its Wholly Owned Operating Division, Allegheny University Hospital–Hahnemann Division and Lexington Insurance Company c/o Caronia Corporation and Medical Professional Liability Catastrophe Fund and Allegheny Health Services Providers Insurance Company, Ltd. and Continental Casualty Company and Steadfast Insurance Company, Appellees.

Supreme Court of Pennsylvania.

Oct. 27, 2003.

## REVISED ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2003, we affirm the Order of the Commonwealth Court.

Justice LAMB did not participate in the consideration or decision of this case.

857 A.2d 671

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Darrius L. JEFFRIES, Appellant.**

Supreme Court of Pennsylvania.

Argued May 11, 2004.

Decided June 2, 2004.

Justin James McShane, for Darrius L. Jeffries, appellant.

Edward Michael Marsico, Jr., Harrisburg, James Patrick Barker, Williamsport, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ..

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.